**David W. HUGHES, Plaintiff–
Appellant,**

v.

**David GARRAGHTY, Warden; Ronald
J. Angelone, Director, Virginia Department of Corrections; Gene H.
Johnson, Deputy Director, Virginia
Department of Corrections, Defendants–Appellees.**

No. 01–6451.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 17, 2001.

Decided Sept. 10, 2001.

David W. Hughes, pro se. Christopher Garrett Hill, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

David W. Hughes appeals the district court's order denying relief on his 42

U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hughes v. Garraghty*, No. CA–99–2110–2 (E.D. Va. filed Mar. 5, 2001; entered Mar. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*